Helen Koclanes, Appellee, v. Peter E. Koclanes, Appellant.

Gen. No. 47,818.

First District, First Division.

November 16, 1959.

Released for publication December 21, 1959.

Isidore Goodman, for appellant; Sidney S. Schiller and Meyer Weinberg, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.